Michael J. Ross, OSB No. 914106
mjross@slaterross.com
SLATER ROSS ATTORNEYS
710 S.W. Madison Street, Suite 400
Portland, Oregon  97205
Tel: (503) 227-2024
Fax: (503) 224-7299

Of Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

OREGON DISTRICT

PORTLAND DIVISION

| | |
|---|---|
| **RONALD McALLISTER,**<br><br>     Plaintiff,<br><br>v.<br><br>**WEST COAST CART COMPANY OF OREGON, INC. AND TYLER ULTSCH,**<br><br>     Defendant. | Case No. 3:15-CV-814<br><br>**JOINT STATUS REPORT** |

1.    CASE STATUS

Plaintiff filed the complaint asserting wage and hour claims on May 12, 2015.  A waiver of service was filed on June 1, 2015.  Defendants filed an answer on July 13, 2015.  The parties have exchanged requests for production, but have not yet set dates for depositions.  The parties have been engaged in ADR in the form of negotiations.

Page 1: **JOINT STATUS REPORT**

2.  PROPOSED CASE MANAGEMENT SCHEDULE

The parties propose the following case management schedule:

| | |
|---|---|
| Discovery Deadline | November 6, 2015 |
| ADR Completed and Report Due | December 7, 2015 |
| Dispositive Motions | January 8, 2016 |
| Expert Disclosures | 30 Days After Dispositive Rulings |
| Pretrial Order | March 28, 2016 |
| Trial Date | April 25, 2016 |

3.  INITIAL DISCLOSURES

The parties have agreed to forego initial disclosures and will submit the form required LR 26-2 accordingly.

4.  PROTECTIVE ORDER

The parties have agreed to the enter to a stipulated protective order using the tier one format, and will submit a proposed order accordingly.


DATED: August 5, 2015

/s/ M. J. Ross                                               /s/ Sean P. Ray
_____                 _____
Michael J. Ross, OSB No. 914106            Sean P. Ray, OSB No. 075040
Of Attorneys for Plaintiffs                         Of Attorneys for Defendants


Page 2: **JOINT STATUS REPORT**